**Order entered November 30, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00298-CR

**MONTRANCE TYRONE ROBERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-51843-N**

## ORDER

On November 8, 2016, we entered an order that court reporter Sandra Hughes not sit until she filed a supplemental reporter's record containing exhibits missing from the reporter's record she filed in this appeal on October 12, 2016. Because the supplemental reporter's record has now been filed, we **VACATE** that portion of our November 8, 2016 order that orders Sandra Hughes not to sit.

We **DIRECT** the Clerk to transmit copies of this order to the Honorable Fred Tinsley, Presiding Judge, 195th Judicial District Court; Sandra Hughes, Official Court Reporter, 195th Judicial District Court; the Dallas County Auditor's Office; and to counsel for all parties.

/s/ ADA BROWN
JUSTICE